B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Colorado

In re: **Justin K Blohm**, **Gracie T Blohm**
Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**
Frontier Bank

**Describe Property Securing Debt:**
Undivided 1/2 interest with Margaret A. Mireles
Residence
2160 Lowell Avenue
Burlington, CO  80807

Property will be (check one):
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt     ☐ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**
PNC Mortgage

**Describe Property Securing Debt:**
Home
7410 North Coltsfoot Drive
Tuscon, AZ 85743

Property will be (check one):
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt     ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                              Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Stewart Title | **Describe Property Securing Debt:**<br>Undivided 1/2 interest with Jeffery Blohm<br>Mobile home lot<br>11180 West Anthony Drive<br>Tuscon, AZ 85743 |

Property will be (check one):
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **November  5, 2012**            Signature   **/s/ Justin K Blohm**
                                                  **Justin K Blohm**
                                                  Debtor

Date **November  5, 2012**            Signature   **/s/ Gracie T Blohm**
                                                  **Gracie T Blohm**
                                                  Joint Debtor